UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC., on behalf of its constituents,<br><br>        Plaintiff,<br><br>   v.<br><br>CONNECTICUT DEPARTMENT OF CORRECTION; ANGEL QUIROS, Acting Commissioner, Connecticut Department of Correction, in his official capacity; and ROGER BOWLES, Warden, Northern Correctional Institution, in his official capacity,<br><br>        Defendants. | Civil Action No. 3:21-cv-00146-KAD |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Eric W. Lin, who has been admitted to this Court *pro hac vice*, hereby appears as counsel of record for plaintiff Disability Rights Connecticut, Inc. in this action.

Dated: New York, New York
    February 5, 2021

           MORRISON & FOERSTER LLP

           By: */s/ Eric W. Lin*
             Eric W. Lin
             250 West 55th Street
             New York, NY 10019
             Telephone: (212) 468-8000
             Facsimile: (212) 468-7900
             Email: ELin@mofo.com

           *Co-Counsel for Plaintiff Disability Rights Connecticut, Inc.*

ny-2062604

## CERTIFICATE OF SERVICE

  I hereby certify that on February 5, 2021, a copy of the foregoing Notice of Appearance was electronically filed.  Notice of this filing will be sent by email to all parties who have appeared in this action by operation of the Court's CM/ECF System.

               By:  */s/ Eric W. Lin*
                  Eric W. Lin

ny-2062604