**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Roger Bowles was received by me on *(date)* 2/4/2021.

☐ I personally served the summons on the individual at *(place)* ______ on *(date)* ______; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Craig Washington - Deputy Warden, who is designated by law to accept service of process on behalf of *(name of organization)* Roger Bowles, Warden on *(date)* 2/5/2021; or

☐ I returned the summons unexecuted because ______; or

☐ Other *(specify)* ______

My fees are $______ for travel and $ 80.00 for services, for a total of $ $80.00

I declare under penalty of perjury that this information is true.

Date: 2/5/2021

[signature]

Servers signature

Lee Sparks Indifferent Person

Printed name and title

43 Bliss Street, E. HTFD CT. 06108

Servers address

Additional information regarding attempted service, etc: