## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Roger Bowles, Warden
was received by me on *(date)* 2/19/2021.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* LT. Joseph Jones, who is designated by law to accept service of process on behalf of *(name of organization)* Roger Bowles Warden on *(date)* 2/19/2021; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)* _____

My fees are $_____ for travel and $ 80.00 for services, for a total of $ 80.00.

I declare under penalty of perjury that this information is true.

Date: 2/19/2021

_____
Servers signature

Lee Sparks Indifferent person
Printed name and title

43 Bliss St. E. Htfd. CT 06108
Servers address

Additional information regarding attempted service, etc:
Served at Northern Correctional Institute
287 Bilton Road
Somers, CT.