UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC. | : | CIVIL NO. 3:21-CV-00146 (KAD) |
| V. | : | |
| CONNECTICUT DEPARTMENT OF CORRECTON | : | MARCH 12, 2021 |

## **DEFENDANTS' MOTION TO DISMISS**

The defendants, the Connecticut Department of Correction, Commissioner Angel Quiros, and Warden Roger Bowles, hereby move to dismiss the plaintiff's Amended Complaint, (ECF No. 24). Specifically, as detailed in the accompanying memorandum of law, the defendants seek dismissal on the grounds that the instant claims are not ripe due to the plaintiff's failure to exhaust administrative remedies, and on the grounds that the plaintiff lacks standing to assert third-party claims on behalf of Connecticut inmates with mental illness. For the reasons set forth in the accompanying memorandum, the defendants respectfully request that this motion be granted.

Submitted in conjunction with this motion and memorandum are the following Exhibits:

      Exhibit A: Declaration of Melissa Jutla

      Exhibit B: DRCT's November 23, 2020 Letter

      Exhibit C: DOC's January 22, 2021 Letter

      Exhibit D: DRCT's January 27, 2021 Letter

      Exhibit E: Declaration of Terrence M. O'Neill

      Exhibit F: Email Chain

**NO ORAL ARGUMENT REQUESTED**

DEFENDANTS,
CONNECTICUT DEPARTMENT OF
CORRECTION, ET AL.

WILLIAM TONG
ATTORNEY GENERAL

BY: \_\_\_\_\_/s/_____
Edward D. Rowley
Assistant Attorney General
Federal Bar No. ct30701
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: Edward.rowley@ct.gov

BY: \_\_\_\_\_/s/_____
Terrence M. O'Neill
Assistant Attorney General
Federal Bar No. ct10835
110 Sherman Street
Hartford, CT 06105
Tel: (860) 808-5450
Fax: (860) 808-5591
E-Mail: terrence.oneill@ct.gov

## **CERTIFICATION**

I hereby certify that on March 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

\_\_\_\_\_/s/_____
Edward D. Rowley
Assistant Attorney General