**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC., on behalf of its constituents, <br><br>Plaintiff, <br><br>v. <br><br>CONNECTICUT DEPARTMENT OF CORRECTION; <br><br>ANGEL QUIROS, Acting Commissioner, Connecticut Department of Correction, in his official capacity; and <br><br>ROGER BOWLES, Warden, Northern Correctional Institution, in his official capacity, <br><br>Defendants. | Civil Action No. 3:21-cv-00146-KAD <br><br>January 12, 2022 |

**DRCT STATUS REPORT**

Plaintiff Disability Rights Connecticut, Inc. ("Plaintiff" or "DRCT") submits this Status Report in anticipation of the January 19 Status Conference (ECF No. 76) and to update the Court regarding the issues discussed in the parties' October 15 Joint Status Report (ECF No. 75). As DRCT reported, the closure of Northern Correctional Institution ("Northern") and issuance of Executive Order 21-1 ("EO 21-1") have not stopped the unconstitutional abuse of DRCT's Constituents. (ECF No. 75 at 3-6.) For example, DRCT's continuing investigation has confirmed that Defendants are still subjecting prisoners with mental illness to in-cell shackling that causes severe psychological and physical harms. In many respects, the abuses that once characterized Northern have metastasized to other prisons.

Since the discovery stay expired on October 15, 2021 (ECF No. 73), DRCT has therefore requested that Defendants respond to DRCT's pending document requests and interrogatories,

and meet and confer pursuant to Federal Rule of Civil Procedure 26(f) to file a Joint Rule 26(f) Report and proposed schedule. Despite repeated requests from DRCT to meet and confer and for responses to requests that were served in March 2021, Defendants have refused to participate in discovery pending resolution of their motion to dismiss, ECF No. 31.

Accordingly, DRCT intends to continue to prosecute its claims and to seek to end Defendants' unconstitutional abuse of prisoners with mental illness. In light of the issuance of EO-21-1 and DRCT's continuing investigation, DRCT intends to seek leave to file a Second Amended Complaint on or before March 1, 2022. DRCT believes that this will be the most efficient path forward, will minimize avoidable fees and costs associated with discovery disputes over the coming weeks, and will avoid unnecessarily burdening the court with additional motion practice.

DATED: January 12, 2022

By: */s/ Kyle Mooney*
Kyle Mooney (*pro hac vice*)
Eric Lin (*pro hac vice*)
Neal Burstyn (*pro hac vice*)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 468-8000
Fax: (212) 468-7900
Email: kmooney@mofo.com
       elin@mofo.com
       nburstyn@mofo.com

Dan Barrett (ct29816)
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
Phone: (860) 471-8471
Email: e-filings@acluct.org

Hope Metcalf (ct424312)
Ali Gali (Law Student Intern)
Karen Chikezie (Law Student Intern)
Luke Connell (Law Student Intern)
Lowenstein International Human Rights Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520
Phone: (203) 432-9404
Email: hope.metcalf@ylsclinics.org

Kasey Considine (ct30756)
Disability Rights Connecticut (DRCT)
846 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 297-4300
Fax: (860) 296-0055
Email: kasey.considine@disrightsct.org

*Counsel for Plaintiff Disability Rights Connecticut, Inc.*