UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC., on behalf of its constituents, <br><br> Plaintiff, <br><br> v. <br><br> CONNECTICUT DEPARTMENT OF CORRECTION; <br><br> ANGEL QUIROS, Acting Commissioner, Connecticut Department of Correction, in his official capacity; and <br><br> ROGER BOWLES, Warden, Northern Correctional Institution, in his official capacity, <br><br> Defendants. | Civil Action No. 3:21-cv-00146-KAD <br><br> March 1, 2022 |

## DRCT STATUS REPORT

Plaintiff Disability Rights Connecticut, Inc. ("DRCT") submits this Status Report to update the Court regarding the issues discussed at the January 19 Status Conference (ECF No. 79).

As discussed during the January 19 Status Conference, DRCT expected to file a Second Amended Complaint ("SAC") on or before March 1, 2022. In light of the recent COVID-19/Omicron surge and associated restrictions at Defendants' facilities, DRCT's schedule for filing its SAC has been delayed. DRCT now expects to file its SAC on or before April 15, 2022. DRCT does not believe that this changes any other deadlines in the case.

ny-2342564

DATED: March 1, 2022

By: /s/ Kyle Mooney
Kyle Mooney (*pro hac vice*)
Eric Lin (*pro hac vice*)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 468-8000
Fax: (212) 468-7900
Email: kmooney@mofo.com
       elin@mofo.com

Dan Barrett (ct29816)
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue, 1st Floor
Hartford, CT 06105
Phone: (860) 471-8471
Email: e-filings@acluct.org

Hope Metcalf (ct424312)
Ali Gali (Law Student Intern)
Karen Chikezie (Law Student Intern)
Luke Connell (Law Student Intern)
Lowenstein International Human Rights Clinic
Yale Law School
P.O. Box 208215
New Haven, CT 06520
Phone: (203) 432-9404
Email: hope.metcalf@ylsclinics.org

Kasey Considine (ct30756)
Disability Rights Connecticut (DRCT)
846 Wethersfield Avenue
Hartford, CT 06114
Phone: (860) 297-4300
Fax: (860) 296-0055
Email: kasey.considine@disrightsct.org

*Counsel for Plaintiff Disability Rights Connecticut, Inc.*

ny-2342564