UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC., on behalf of its constituents,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT DEPARTMENT OF CORRECTION;<br><br>ANGEL QUIROS, Acting Commissioner, Connecticut Department of Correction, in his official capacity,<br><br>Defendants. | Civil Action No. 21-cv-00146-KAD |

## Notice of Appearance

I am authorized to practice in this Court, and I appear as counsel for the plaintiff in this action.

Dated: March 9, 2023

　/s/ Sapana Anand　
Sapana Anand (#ct31422)
ACLU Foundation of Connecticut
765 Asylum Avenue, 2nd Floor
Hartford, CT
06105
(888) 822-5828
sanand@acluct.org

*Co-Counsel for Plaintiff Disability Rights Connecticut, Inc.*