UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC. | : | CIVIL NO. 3:21-CV-00146 (KAD) |
| V. | : | |
| CONNECTICUT DEPARTMENT OF CORRECTION, ET AL. | : | JUNE 24, 2026 |

**JOINT STATUS REPORT**

Pursuant to the Court's May 7, 2026 Order, (ECF No. 213), the parties hereby submit the following joint status report:

On June 26, 2025, the Court suspended the deadline for the filing of dispositive motions so that the parties could explore potential resolution of this matter with the assistance of a Magistrate Judge. (ECF No. 185). On June 27, 2025, the Court referred this case to Magistrate Judge Thomas O. Farrish for the purpose of conducting a settlement conference. (ECF No. 186). On September 8, 2025, the parties attended a settlement conference with Judge Farrish. (ECF Nos. 190 & 195). On December 11, 2025, the parties attended a second settlement conference with Judge Farrish. (ECF Nos. 196 & 201). On January 29, 2026, the parties attended a third settlement conference with Judge Farrish. (ECF Nos. 202 & 206). Following the January 29th conference, Judge Farrish scheduled additional mediation activities for the parties. (ECF No. 206). The parties are actively conducting these additional mediation activities, including attending three mediation sessions amongst themselves: on February 27, 2026, on April 23, 2026, and on June 12, 2026. The parties have additional mediation activities planned for the coming weeks.

In light of the foregoing, the parties jointly submit that the stay of the dispositive motion deadline should continue, and the parties can submit another joint status report by August 14, 2026, or by another date set by the Court.

*Respectfully submitted*,

DEFENDANTS,
CONNECTICUT DEPARTMENT OF
CORRECTION, ET AL.

WILLIAM TONG
ATTORNEY GENERAL

BY: ______/s/__________________

Edward D. Rowley (ct30701)
Assistant Attorneys General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5450
E-Mail: Edward.rowley@ct.gov

PLAINTIFF,
DISABILITY RIGHTS CONNECTICUT, INC.

By: *_/s/ Kyle Mooney_________*

Kyle Mooney (*pro hac vice*)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 468-8000
Email: kmooney@mofo.com

Dan Barrett (ct29816)
Elana Bildner (ct30379)
Jaclyn Blickley (ct31822)
Joseph Gaylin (ct32089)
ACLU Foundation of Connecticut
PO Box 230178
Hartford, CT 06123
Phone: (860) 471-8471
Email: e-filings@acluct.org

Kasey Considine (ct30756)
Disability Rights Connecticut (DRCT)
75 Charter Oak Avenue, Suite 1-101
Hartford, CT 06106
Phone: (860) 297-4300
Email: kasey.considine@disrightsct.org

**CERTIFICATION**

I hereby certify that on June 24, 2026, a copy of the foregoing was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's System.

______/s/_____________
Edward D. Rowley
Assistant Attorney General