**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| DISABILITY RIGHTS CONNECTICUT, INC., on behalf of its constituents,<br><br>Plaintiff,<br><br>v.<br><br>CONNECTICUT DEPARTMENT OF CORRECTION;<br><br>ANGEL QUIROS, Acting Commissioner, Connecticut Department of Correction, in his official capacity,<br><br>Defendants. | No. 21-cv-00146-KAD<br><br>July 30, 2026 |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties hereby stipulate to dismissal of the above-captioned case as to all Defendants, with prejudice, and without an award of costs to either party.

*Respectfully submitted*,

PLAINTIFF,
DISABILITY RIGHTS CONNECTICUT, INC.

By: *<u>/s/ Kyle Mooney</u>*

Kyle Mooney (*pro hac vice*)
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Phone: (212) 468-8000
Email: kmooney@mofo.com

Dan Barrett (ct29816)
Jaclyn Blickley (ct31822)
Joseph Gaylin (ct32089)
ACLU Foundation of Connecticut
PO Box 230178
Hartford, CT 06123
Phone: (860) 471-8471
Email: e-filings@acluct.org

Kasey Considine (ct30756)
Disability Rights Connecticut (DRCT)
75 Charter Oak Avenue, Suite 1-101
Hartford, CT 06106
Phone: (860) 297-4300
Email: kasey.considine@disrightsct.org

DEFENDANTS,
CONNECTICUT DEPARTMENT OF CORRECTION, ET AL.

WILLIAM TONG
ATTORNEY GENERAL

BY: ______/s/________________

Edward D. Rowley (ct30701)
Assistant Attorneys General
165 Capitol Avenue
Hartford, CT 06106
Tel: (860) 808-5450
E-Mail: Edward.rowley@ct.gov